Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the

Southern District of Georgia

Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2025 JUN 16  A 11: 36

CLERK_____C8
SO. DIST. OF GA.

Case No. _____
*(to be filled in by the Clerk's Office)*

Jackson, Keldric Cordell
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

" See Attached "
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# I.    The Parties to This Complaint

## A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  _____

All other names by which
you have been known:  _____

ID Number  _____

Current Institution  _____

Address  _____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

## B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name  Tyrone Oliver

Job or Title *(if known)*  Commissioner

Shield Number  Ware State Prison

Employer  State of Georgia

Address  _____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name  Roy Odum

Job or Title *(if known)*  Warden

Shield Number  _____

Employer  Ware State Prison

Address  3620 N. Harris Rd.

| Waycross | GA | 31503 |
|---|---|---|
| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☑ Official capacity

pg 1 of 11  Defendants)       (warden)      (D.W. Security)    (Attached Page)
(Comissioner)
Tyrone Oliver, Roy Odum, Eric Cox, and Latria
Jones (D.W. Care & Treatment)

pg.3  (B)  Amendment 8 - Protection from cruel or unusal
punishment and my right to be free from
assault

pg 4       IV. Statement of Claim
      B.  This incident happened in Ware State Prison
      Dorm F1 on July 5th 2024 in between
      the hours of 1am and 3am
      C.  July 5th 2024 in between the time of 1am
      and 3am
      D.  I was brutally attacked by several gang
      members with knives and machetes. I laid on
      the main floor almost an hour where a couple
      inmates tried to dress my wounds and keep me
      hydrated. Then I was dragged in a room
      where I was held against my will until I
      escaped the next day.

pg 5       V. Injuries
      I recieved several deep gashes to my head and
      forehead area, a big gash on my right forearm
      my right pinky was almost chopped off, and stabbed
      all the way through my left bicep. I recieved
      I believe about 40 stitches and was referred

to return to undergo plastic surgery by
Savannah Memorial Health reguarding the damage
done to my skull and forehead but the Provider
at the prison refused to let me follow up with
that appointment.

VI. Relief    pg. 5

I'd like to ask for $750,000 for my pain
and suffering. I already have CHF so this
incident could've killed me This incident affected
me physically and mentally This should pay any
court, medical, or any other fees I'm entitled to
pay.

pg. 6

VII. Exhaustion of Administrative Remedies Administrative Procedures
E. 2. I claimed that I've been attacked multiple
times by a certain gang and ended up being forced
in the room with members of that same gang placing
me in immediate danger where at anytime anyone
of these individuals could have assaulted me.

3. I don't recall what happened with my first
and for
grievance ~~and~~ my second grievance I'm awaiting
a response because this second misplacement is
recent.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Eric Cox |
| Job or Title *(if known)* | Deputy Warden of Security |
| Shield Number | |
| Employer | Ware State Prison |
| Address | 3620 N. Harris Rd. |
| | Waycross        GA        31503 |
| | City        State        Zip Code |

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Lutria Jones |
| Job or Title *(if known)* | Deputy Warden Care & Treatment |
| Shield Number | |
| Employer | Ware State Prison |
| Address | 3620 N. Harris Rd. |
| | Waycross        GA        31503 |
| | City        State        Zip Code |

☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendment 8 - The protection from cruel or unusal punishment. and my right to be free of assault

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

"See attached page"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

July 5th 2024        between 1am and 3 am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"See attached page"

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

"see attached page"

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$750,000    "See attached page"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Ware State Prison

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

On Tier II   1st  51 - Room 16 ?  52 - Room 20

2. What did you claim in your grievance?

" See Attached page "

3. What was the result, if any?

" See Attached page "

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Can't remember on the first one
Still waiting on a response for my second grievance

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)   _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.   _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    06-09-25

Signature of Plaintiff    _Keol (—_

Printed Name of Plaintiff    Keldric  Cordell  Jackson

Prison Identification #    1000078108

Prison Address    3620 N. Harris Rd

Waycross    GA    31503
      *City*        *State*    *Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
      *City*        *State*    *Zip Code*

Telephone Number    _____

E-mail Address    _____

To whom in which this may concern;

Hey I'm Jackson, Keldric currently inmate #1000078108 of Ware State Prison and I'm writing to ask to cancel my previous 1983 ~~claim~~ ~~is~~ ~~claim~~ I've filed and use this one. I was informed that I filed out my previous grievance incorrectly. I'm not familiar with this process so someone helped me fill out another one.

The extra piece of paper goes with my 1983 claim. If possible I'd like to use this claim instead of my previous claim for my case and also like to ask for some legal assistance because I have a learning disability and don't fully understand what I need to do to move the courts or follow up with my claim. So I'd like to file a "Motion for Appointment of counsel".

I'd like this claim to act as an "Amended Complaint". Honestly all that needs to be done is someone request the video from that building that night and at the time frame I mentioned and watch my brutal assault and watch me as I lay there almost an hour. I could've bleed to death. And they seem to keep placing me in the room with members of the same gang that assaulted me. Threaten my safety, putting me in danger of being assaulted again.

If possible I'd like to be

appointed all the legal help I can get. I'd
happily pay them a percentage of our
winnings. Thank You and Have A Blessed
Day.



Jackson Keldric
152-20T
Ware State Prison
3620 N. Harris Rd.
Waycross, GA
31503

GDC #1000078108"

US District Court
Southern District of GA
P.O. Box 8286
Savannah, GA
31412