IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

KELDRIC CORDELL JACKSON,

    Plaintiff,

v.

WARDEN ROY ODUM, DEPUTY WARDEN LUTRIA JONES, GEORGIA DEPARTMENT OF CORRECTIONS, TYRONE OLIVER, and DEPUTY WARDEN ERIC COX,

    Defendants.

CIVIL ACTION NO.: 5:25-cv-51

**O R D E R**

Plaintiff, seeking to proceed *in forma pauperis*, brought this civil rights action. Doc. 1. By Order dated June 12, 2025, the Court advised Plaintiff of the Prison Litigation Reform Act's procedures and requirements for filing and litigating prison civil rights suits. Doc. 4. The Court granted Plaintiff leave to proceed *in forma pauperis* and instructed him to sign and return the Consent to Collection of Fees from his Trust Account and the Prisoner Trust Fund Account Statement forms which were attached to the Court's Order. Id. The Court emphasized Plaintiff must return these forms within 30 days from the date of the Order to proceed with this action. Id. at 2.

On June 27, 2025, Plaintiff provided a signed consent form. Doc. 9. However, Plaintiff has not provided his executed trust account forms. Because Plaintiff has attempted to comply with the Court's prior Order, it will provide him with another opportunity to submit these forms. The Court needs Plaintiff's trust account form or other form showing his financial status in order

to move forward with this case.  The Court **DIRECTS** the Clerk of Court to send Plaintiff a copy of this Order and a copy of the attached form.  Plaintiff shall have **14 days** from the date of this Order to return his trust account form to the Court.  **Should Plaintiff fail to complete and return this form within these 14 days, the Court will presume Plaintiff does not intend to pursue this action and will dismiss this case without prejudice**.

    **SO ORDERED**, this 29th day of July, 2025.

                                          _____
                                          BENJAMIN W. CHEESBRO
                                        UNITED STATES MAGISTRATE JUDGE
                                        SOUTHERN DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| KELDRIC CORDELL JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WARDEN ROY ODUM, DEPUTY WARDEN LUTRIA JONES, GEORGIA DEPARTMENT OF CORRECTIONS, TYRONE OLIVER, and DEPUTY WARDEN ERIC COX,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 5:25-cv-51 |

## PRISONER TRUST FUND ACCOUNT STATEMENT

　　　Under the Prison Litigation Reform Act, a prisoner seeking to bring a civil action without prepayment of fees must obtain from the appropriate prison official a certified copy of the prisoner's trust account statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff in this case has been instructed by the Court to furnish this form to the trust officer of each institution where he has been confined for the last six months.

　　　Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the Court.

**DATE OF FILING COMPLAINT**:　　　　　　　　　　　　　　　　　　　　　　　June 9, 2025

**AVERAGE MONTHLY DEPOSITS** during the
six months prior to filing of the complaint:　　　　　　　　　　　　　　_____

**AVERAGE MONTHLY BALANCE** during the
six months prior to filing of the complaint:　　　　　　　　　　　　　　_____

　　　I certify the above information accurately states the deposits and balances in the Plaintiff's trust account for the period shown and the attached ledger sheets are true copies of the account records maintained by this institution.


_____　　　　　_____
Signature of Authorized Officer of Institution　　　　　　　　　Date


_____
Print or Type Name

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| KELDRIC CORDELL JACKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>WARDEN ROY ODUM, DEPUTY WARDEN LUTRIA JONES, GEORGIA DEPARTMENT OF CORRECTIONS, TYRONE OLIVER, and DEPUTY WARDEN ERIC COX,<br><br>    Defendants. | CIVIL ACTION NO.: 5:25-cv-51 |

**PRISONER TRUST FUND ACCOUNT STATEMENT**

    Under the Prison Litigation Reform Act, a prisoner seeking to bring a civil action without prepayment of fees must obtain from the appropriate prison official a certified copy of the prisoner's trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff in this case has been instructed by the Court to furnish this form to the trust officer of each institution where he has been confined for the last six months.

    Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the Court.

**DATE OF FILING COMPLAINT**:                                                                       June 9, 2025

**AVERAGE MONTHLY DEPOSITS** during the
six months prior to filing of the complaint:                                        _____

**AVERAGE MONTHLY BALANCE** during the
six months prior to filing of the complaint:                                        _____

    I certify the above information accurately states the deposits and balances in the Plaintiff's trust account for the period shown and the attached ledger sheets are true copies of the account records maintained by this institution.


_____                         _____
Signature of Authorized Officer of Institution                                     Date


_____
Print or Type Name